```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
CAMERON INDUSTRIES, INC.,

                    Plaintiff,                O R D E R

         - against -                           09 Civ. 2519 (NRB)

C-QUEST, INC. a/k/a
ONLY NINE APPAREL, INC.,

                    Defendant.
--------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.


DATED:   New York, New York
         December 21, 2009


                              _____
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE

USDS-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/09